Your Name Brenda C. Armstead
Address 2828 61st Apt. 604
City, State, Zip Gal. Tx 77551
Telephone Number

U.S. DISTRICT COURT
U.S. BANKRUPTCY COURT
DISTRICT OF IDAHO

JAN 21 2003

M. REC'D
LODGED FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF. Boise IDaho

| | |
|---|---|
| Your Name, Plaintiff, vs. Thomas D. Hall, Evelyn Wells Robison, et al Defendant. | (CASE NUMBER WILL BE ASSIGNED AT TIME OF FILING) CN 03-0029-S-MHW COMPLAINT Clerks from various Court failure to file my submitted Cases when proper forms were submitted. |

**Jurisdiction**
(Separate Paragraph)

28 USCA § 1367 § 1291-1295 obstruction of Justice FRAUD

**Complaint**
(Separate Paragraph(s))
COMPLAINT MUST COMPLY WITH RULE 8(a)
(A copy of the rule is attached)

Further Cases they so called filed were never placed in the computer and acknowledgement was sent to Plaintiff as though it was a legitimate Case

**Demand**
(Separate Paragraph)

1 million
Removal — Tim Click position and order sent to each inspection Clerk to file my Cases

Dated: 11-30-02

(YOUR SIGNATURE IN INK)
Your name typed or printed
Address
Telephone Number

Brenda C. Armstead
address on file

ATTACHMENT 1

If denied favorable decisions enclosed Cause I am filing against this entire Court

Proof: SCFI 1574

7-24-00

IN THE ~~SUPREME~~ COURT OF THE ~~STATE OF FLORIDA~~
Galveston County Courts

BRENDA C. ARMSTEAD

CASE: ~~1337~~ 02CV0951

VS.

~~SECRETARY~~ OF STATE OF TEXAS

Chief Judge and Judicial Assist. U.S. Dist. Ct. Addendum
Boise, Idaho

Clerk - Cameron Burke (why did you not respond to my lawsuit?)
My grandmothers name is Burke

VOLUNTARY DISMISSAL

COMES NOW, BRENDA C. ARMSTEAD AS FILED REPRESENTATIVE FOR THE ABOVE NAMED CAUSE IN THE ABOVE NAMED COURT AND SUBMITS A VOLUNTARY DISMISSAL AGAINST ABOVE NAMED RESPONDENT THIS ~~7th~~ 30 DAY OF ~~APRIL~~ NOV, 2002.

RESPECTFULLY SUBMITTED,
BRENDA C. ARMSTEAD
P.O. BOX 3398
GALVESTON, TEXAS 77552

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING HAS BEEN FURNISHED THIS ~~7th~~ day of ~~APRIL~~ NOV, 2002, us MAIL /FAX DELIVERY TO ALL PARTIES. 30

BRENDA C. ARMSTEAD
P.O.BOX 3398
GALVESTON, TEXAS 77552

I have run out of Summons forms. Please do Process Service. If you do not want to fill all the summons forms out - please send additional Defendants and addresses. them I will fill them out and send them Back to you to be Served. Thank you.

- Leo Gordon
  One Federal Plaza
  NY NY 10278-0001

- Norman Herring
  Suite 900
  625 Indiana Ave. N.W.
  Washington, D.C. 20004-2950

- Michael J. Beck
  Suite G-255 North
  One Columbus Circle NE
  Washington, D.C. 20002-8041

- Michael Hall
  222 West Seventh Ave.
  Anchorage Ak 99513-7564

- Debra P. Hackett
  P.O. Box 711
  Montgomery, Al 36101-0711

- Perry Mathis
  1729 Fifth Ave. North
  Birmingham, Al 35203

- Charles R. Diard
  113 St. Joseph Street
  Mobile, Ala 36602-3621

- Christopher Johnson
  P.O. Box 1547
  Fort Smith AZ 72902-1547

- Sheri Carter
  312 North Spring St.
  Los Angeles, CA 90012

- W. Samuel Hamrick Jr.
  880 Front Street
  San Diego, CA 92101-8900

- James R. Manspeaker
  1929 Stout Street
  Denver CO 80294-3589

- Kevin Rowe
  141 Church Street
  New Haven, CT 06510

- Nancy Mayer-Whittington
  333 Constitution Ave. N.W.
  Washington, D.C. 20001-2802

- Sheryl L. Loesch
  80 North Hughey Ave.
  Orlando, Fl. 32801

- William M. McCool
  111 North Adams Street
  Tallahassee, Fl. 32301-7717

- Gregory Leonard
  P.O. Box 128
  Macon, Ga 31202-0128

- Luther D. Thomas
  75 Spring Street SW
  Atlanta, GA 30303-3361

- Scott Poff
  P.O. Box 8286
  Savannah GA 31412-8286

- James ~~Holz~~ Hodges Jr.
  P.O. Box 74710
  Cedar Rapids, Iowa 52407-4710

- James R. Rosenbaum
  P.O. Box 9344
  Des Moines, Iowa 50306-9344

- Cameron S. Burke
  550 West Fort Street
  Boise, Idaho 83724

- John Waters
  600 East Monroe Street.
  Springfield Illinois

- Michael A. Dobbins
  219 South Dearborn St.
  Chicago Illinois 60604

- Norbert G. Jaworski
  P.O. Box 249
  East St. Louis, Illinois 62202-0249

- Stephen R. Ludwig
  204 South Main Street
  South Bend, Indiana 46601-2194

- Laura A. Briggs
  46 East Ohio Street
  Indianapolis, Indiana 46204

- Ralph L. DeLoach
  500 State Avenue
  Kansas City, Kansas 66101-2430

- Leslie G. Whitmer
  P.O. Drawer 3074
  Lexington, KY 40588-3074

- Jeffery A. Apperson
  601 West Broadway
  Louisville, KY 40202

- Loretta G. Whyte
  500 Camp Street
  New Orleans, LA 70130-3367

- Lawrence [illegible]
  777 Florida Street
  Baton Rouge, LA 70801-1712

- Tony Anastas
  One Courthouse Way
  Boston, MA 02210-3002

- Felicia C. Cannon
  101 West Lombard Street
  Portland ME 04101

- David J. Weaver
  231 West Lafayette Blvd.
  Detroit, MI 48226

- Ronald C. Weston
  110 Michigan Street NW
  Grand Rapids, Michigan 49503

- Richard Sletten
  300 South Fourth Street
  Minneapolis, MN 55415

- James Woodward
  111 South Tenth Street
  St. Louis, MO 63102

- Patricia L. Brune
  400 East Ninth Street
  Kansas City, MO 64106

- [illegible]
  245 East [illegible] Street
  Jackson, [illegible] [illegible]

- Patrick Duffy
  P.O. Box 8537
  Missoula, MT 59807-8537

- David W. Daniel
  P.O. Box 25670
  Raleigh, NC 27611-5670

- J. P. Creekmore
  P.O. Box 2708
  Greensboro, NC 27402-2708

- Evelyn Wells Robison
  722 Moody Room 404
  Galveston, Texas 77550

- Frank G. Johns
  401 West Trade Street
  Charlotte, NC 28202

- Edward J. Klecker
  P.O. Box 1193
  Bismark, ND 58502-1193

- James R. Starr
  55 Pleasant Street
  Concord, NH 03301-3941

William T. Webb
Fourth Floor 50 Walnut Street
Newark, NJ 07102

- Robert M. Marsh
  333 Lomas Blvd. NW
  Albuquerque, NM 87102

- Lance Wilson
  333 Las Vegas Blvd. South
  Las Vegas, NV 89101

- Robert C. Heinermann
  225 Cadman Plaza East
  Brooklyn, NY 11201

- Lawrence K. Baerman
  P.O. Box 7367
  Syracuse, NY 13261-7367

- John Michael McMahon
  500 Pearle Street
  NY NY 10007-1312

- Rodney C. Early
  68 Court Street
  Buffalo, NY 14202-3498

- Kenneth J. Murphy
  85 Marconi Blvd.
  Columbus, Ohio 43215

William B Guthrie
P.O. Box 607
Muskogee, OK 74402-0607

- Philip B. Lombardi
  333 West Fourth Street
  Tulsa, Ok 74103 - 3819

- Robert D. Dennis (Special name in my life)
  200 Northwest Fourth Street
  Oklahoma City, Ok 73102 - 3092

- Donald M. Cinnamond
  1000 Southwest Third Avenue
  Portland, OR 97204 - 2902

- Michael E. Kunz
  601 Market Street
  Philadelphia, PA 19106 - 1796

- Mary E. D'Andrea
  P.O. Box 1148
  Scranton, PA 18501 - 1148

- ~~Francis~~ David A. Di Marzio
  Two Exchange Terrace
  Providence, RI 02903 - 1779

- Larry W. Propes
  1845 Assembly Street
  Columbia, SC 29201 - 2431

- Joseph A Haas
  400 South Phillips Ave.
  Sioux Falls, SD 57104 - 6851

- Patricia L. McNutt
  800 Market Street
  Knoxville, TN 37902

- Roger A. Milam
  801 Broadway
  Nashville, TN 37203-3869

- Robert R. Di Trolio
  167 North Main Street
  Memphis TN 38103

- David J. Maland
  211 West Ferguson Street
  Tyler, TX 75702

- Karen Mitchell
  1100 Commerce Street
  Dallas, TX 75242-1003

- William G. Patricki
  655 East Durango Blvd.
  San Antonio, TX ~~TX~~ 78206-1198

- Markus B. Zimmer
  350 South Main Street
  Salt Lake City, Utah 84101-2180

- Elizabeth Faust
  401 Courthouse Sq.
  Alexandria, Va 22314-5778

- John F Corcoran
  P.O. Box 1234
  Roanoke, Va 24006 - 1234

- Richard P. Wasko
  P.O. Box 945
  507 Federal Bld.
  Burlington, VT 05402-0945

- James R. Larsen
  P.O. Box 1493
  Spokane, WA 99210-1493

- Bruce Rifkin
  1010 Fifth Ave.
  Seattle, WA 98104-1130

- Sohan B. Nedilsky
  517 East Wisconsin Ave.
  Milwaukee, WI 53202

- Joseph W. Skupniewitz
  P.O. Box 432
  Madison, WI 53701-0432

- Wally Edgell
  P.O. Box 2857
  Clarksburg, WV 26302-2857

- Ronald D [illegible]
  P.O. Box [illegible]
  Charleston, WV [illegible]

- Betty A. Griess
  2120 Capitol Ave.
  Cheyenne, WY 82001

- Rory Perry II
  WV Court of Appeals
  Supreme Court WV
  c/o Ronald D. Lawson
  P.O. Box 3869
  Charleston, WV 25338-3869

- Clerk Supreme Court Texas
  P.O. Box 12248
  Austin, Texas 78711